**Johnnie Elvin McKELVEY,**
**Petitioner–Appellant,**

v.

**Mildred L. RIVERA, Warden,**
**Respondent–Appellee.**

**No. 10–7253.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 16, 2010.

Decided: Dec. 29, 2010.

Johnnie Elvin McKelvey, Appellant Pro Se.

Before GREGORY, DUNCAN, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Johnnie Elvin McKelvey, a federal prisoner, appeals the district court's order adopting the recommendation of the magistrate judge and denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp.2010) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *McKelvey v. Rivera*, No. 4:10–cv–00422–HFF, 2010 WL 2985963 (D.S.C. July 27, 2010). We deny McKelvey's motion to seal and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*